# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES EDWARD DOTSON, JR.,** **PLAINTIFF**
**ADC #115565**

v.  4:20CV00068-BRW-JTK

**KING, et al.** **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

Although Plaintiff has now filed an amended complaint, it fails for the same reasons set out in the recommendations.   Additionally, Plaintiff's amended complaint fails to allege an atypical or significant deprivation under *Sandin v. Conner*, 515 U.S. 472 (1995) and a violation of ADC policy does not state a claim.

Accordingly, Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of May, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE