# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES EDWARD DOTSON, JR.,**                                                   **PLAINTIFF**
**ADC #115565**

**v.**                     **4:20CV00068-BRW-JTK**

**KING, et al.**                                                                 **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED without prejudice.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of May, 2020.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE